```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                              :
KEVIN DORISCA,                                :
                                              :
                        Plaintiff,            :   18-CV-9756 (JGK) (OTW)
                                              :
            -against-                         :   **ORDER GRANTING PRO BONO**
                                              :   **COUNSEL**
UNA RAWLS,                                    :
                                              :
                        Defendant.            :
                                              :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The parties in this matter, both proceeding *pro se*, have reached a settlement with the assistance of the undersigned. As part of that settlement, the parties have agreed that Defendant will handle the dissolution of the parties' jointly-owned company, Au Rebelle, LLC and transfer certain property to Plaintiff. The Clerk of Court is directed to attempt to locate *pro bono* counsel to help Defendant with the dissolution and, if necessary, the transfer of property. If *pro bono* counsel is located, such counsel shall represent Defendant solely for the purpose of effectuating the settlement terms.

Under the Court's Standing Order regarding the Creation and Administration of the Pro Bono Fund (16-MC-0078), *pro bono* counsel may apply to the Court for reimbursement of certain out-of-pocket expenses spent in the representation of Defendant. The Pro Bono Fund is especially intended for attorneys for whom pro bono service is a financial hardship. *See* http://www.nysd.circ2.dcn/docs/prose/pro_bono_fund_order.pdf.

*Pro bono* counsel will not be obligated for any aspect of Defendant's representation beyond the matters described in this order.

For the foregoing reasons, the Clerk of Court is directed to attempt to locate *pro bono* counsel to represent Defendant for the limited purposes described above. If an attorney volunteers, the attorney will contact Defendant directly.

**SO ORDERED.**

Dated: December 19, 2019
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge