UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN DORISCA,

                Plaintiff,        18cv9756 (JGK)

      - against -           ORDER

UNA RAWLS,

                Defendant.

JOHN G. KOELTL, District Judge:

The time to reopen this case is extended until June 12, 2020.

The plaintiff complains in his March 16, 2020 submission (Docket No. 39) about problems effectuating the settlement. Given the extraordinary health situation, it is not surprising that there might be problems effectuating the settlement. But the parties should attempt to resolve them. The case remains referred to Magistrate Judge Wang who worked successfully with the parties in crafting the settlement.

Chambers will mail copies of this order to the pro se parties.

SO ORDERED.

Dated:    New York, New York
          March 27, 2020

                                    John G. Koeltl
                               United States District Judge